```
BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```



FILED
MAR 16 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00069 AWI DLB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER RE: MOTION TO UNSEAL |
| v. | ) | INDICTMENT AND WARRANT |
| | ) | |
| ARUNA KUMARI CHOPRA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment and Warrant filed on March 15, 2012 be unsealed.

DATED: March 16, 2012

_____
Sheila K. Oberto
U.S. MAGISTRATE JUDGE