**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
ARUNA CHOPRA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARUNA CHOPRA<br><br>Defendant. | Case No.: 1:12-CR-00069 AWI BAM<br><br>**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that the Status Conference set for August 26, 2013 at 1:00 pm be continued to October 28, 2013 at 1:00 pm.

The reason for this request is that the Defendant is in Chapter 11 Bankruptcy. There are investors who have obtained an appraisal on the property at issue in this case and are making a proposal which would result in repaying the alleged victims in this case. However, before they are willing to finalize their proposal, the investors want to meet with the AUSA to determine whether the Forfeiture Counts in this Indictment can be resolved. This issue needs to be resolved in order for the financing proposal to be finalized. Again, it is believed that such a resolution would ultimately inure to the benefit of the alleged victims in this action in that the outstanding loans would be paid.

///

Counsel for Defendant has spoken with Steven Katzman, Esq., the attorney for the investors, and he expects to be able to meet with the AUSA within the next few weeks.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv). The failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: August 22, 2013.    NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN,
Attorney for Defendant

DATED: August 22, 2013.

/s/ Mark McKeon

MARK McKEON,
Assistant United States Attorney

\* \* \* \* \* \*

**O R D E R**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from August 26, 2013 to, and including, October 28, 2013, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).

IT IS SO ORDERED.

Dated: **August 22, 2013**        **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE